THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY MCDUFFIE, Appellant.

Mangano, P. J., Kunzeman, Lawrence, Miller and O'Brien, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MCKELVIE, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN MEADOWS, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DOE, Appellant.